**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

DAVID MARTINEZ,
a/k/a Robert A. Vazquez,
            Plaintiff,

    v.                                       CIVIL ACTION NO. 14-12274-NMG

STATE OF CALIFORNIA,
            Defendant.

**MEMORANDUM AND ORDER FOR DISMISSAL**

**GORTON, J.**

On November 30, 2015, this Court issued a Memorandum and Order (Docket No. 7) directing plaintiff either to pay the $400.00 filing and administrative fees of the Court or file a Motion for Leave to Proceed *in forma pauperis* along with his certified prison account statement, by December 28, 2015.  Plaintiff also was directed to file, by December 28, 2015, an Amended Complaint setting forth plausible claims upon which relief may be granted and disclosing the name and docket number of any cases he had filed that related to this action.   A copy of this Memorandum and Order was mailed to plaintiff at his last known address at the California Health Care Facility in Stockton, California notwithstanding that plaintiff had failed to notify this Court of his change of address.

To date, plaintiff has failed to pay the filing and administrative fees or file an *in forma pauperis* motion.  He also has failed to file an Amended Complaint as directed.

Accordingly, it is hereby Ordered that this action is <u>DISMISSED</u> in its entirety.

SO ORDERED.

                                        <u>/s/ Nathaniel M. Gorton</u>
                                        Nathaniel M. Gorton
                                        United States District Judge

Dated: January 15, 2016